**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| DELANCE A. CROCKETT,<br>Plaintiff,<br>vs.<br>REGIONAL DIRECTOR PALMER, et al.,<br>Defendant. | Case No. 3:26-cv-772-JEP-PDB |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that the Undersigned Attorney enters his appearance for the Plaintiff, DELANCE A. CROCKETT, in the above cause, and requests that all pleadings, motions, and notices be forwarded to this attorney at the address set forth below.

Respectfully Submitted, *_/s/ James V. Cook_*

JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
cookjvlaw@gmail.com

*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 9/22/2026, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*_/s/James V. Cook_*